UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              Plaintiff,              **MEDICAL ORDER**

-against-                                    19 Mag. 3305

PHILLIP HESTER,

                              Defendant.
------------------------------------------------------------X

**TO THE WARDENS OF THE WESTCHESTER COUNTY JAIL, OR ANY OTHER DETENTION FACILITY:**

      The above-named defendant has been remanded to the custody of the U.S. Marshals following an appearance before this Court. During the proceeding, defense counsel informed the Court that the defendant has a gunshot wound in his leg (near hip), and that the bullet remains in his leg.

      The Court directs the Correctional Facility to provide the defendant with a full medical examination and provide any additional necessary medical treatment.

Dated: April 3, 2019
          White Plains, New York

                                                            **SO ORDERED:**

                                                            JUDITH C. McCARTHY
                                                            United States Magistrate Judge